UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JUN 2 0 2007
CLERK'S OFFICE
DETROIT

**UNITED STATES OF AMERICA,**

        Plaintiff,           CRIM. NO. 07-20284

        v.                     HON. NANCY G. EDMUNDS

**D-1  JASON MICHAEL DOWNEY,**

        Defendant.
_____/

## WAIVER OF INDICTMENT

I, **JASON MICHAEL DOWNEY**, the undersigned defendant in this case, understand that I am being charged with the following felony offenses: Fraud in Connection with Computers, in violation of 18 U.S.C. § 1030(a)(5)(A)(i). I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive my right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

                                                JASON MICHAEL DOWNEY
                                                Defendant

                                                JILL LESLIE PRICE

Date: 6-20-07                       Attorney for Defendant