UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JUN 20 2007
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff,

CRIM. NO. 07-20284

v.

HON. NANCY G. EDMUNDS

D-1   JASON MICHAEL DOWNEY,

    Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, the undersigned defendant in this case, hereby acknowledge that I have received a copy of the information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count I, Unauthorized Access to Protected Computer, in violation of 18 U.S.C. § 1030(a)(5)(A)(i) up to 10 years in prison, a $250,000 fine, or both.

_____
Jason Michael Downey
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Jill Leslie Price, Esq.
COUNSEL FOR DEFENDANT

DATE: 6-20-07