UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                CR. NO.  07-cr-20284

v.

                                     Hon. Nancy G. Edmunds

JASON MICHAEL DOWNEY,

        Defendant.

        _____/

## STIPULATION AND ORDER
## EXTENDING TIME TO SUBMIT OBJECTIONS TO
## PRESENTENCE INVESTIGATION REPORT

        The above parties, through their counsel, stipulate that the time for submitting objections to the Probation Department's Presentence Investigation Report in the above matter be extended until September 15, 2007.

s/Terrance Berg (w/consent)        s/Jill Leslie Price
Assistant U.S. Attorney                 Attorney for Defendant
211 W. Fort Street, Suite 2001       645 Griswold, Suite 2255
Detroit, MI 48226                          Detroit, MI 48226
Phone: (313) 226-9160                Phone: (313) 961-4150
E-mail: Terrance.Berg@usdoj.gov    E-mail: jill_price@fd.org
P40295                                            P33643

Date:  August 24, 2007

        **SO ORDERED.**

                              **s/Nancy G. Edmunds**
                              **Nancy G. Edmunds**
                              **United States District Judge**

**Dated: August 24, 2007**

**I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 24, 2007, by electronic and/or ordinary mail.**

        <u>**s/Carol A. Hemeyer**</u>
        **Case Manager**