Judgment-Page 2 of 6

DEFENDANT: JASON MICHAEL DOWNEY
CASE NUMBER: 07CR20284-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **12 months and one (1) day. The Court took into consideration the Sentencing Guidelines and Factors contained in 18 U.S.C. 3553(a).**

The defendant shall surrender for service of sentence at the institutuion designated by the Bureau of Prison: **as notified by the United States Marshal.**

## RETURN OF JUDGMENT & COMMITMENT

FILED
DEC 20 2007
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ Surrendered on _12-4-07_ to _FPC Manchester_ a ~~12:00 p.m.~~ 1:00 p.m., with a certified copy of this judgment.

_Karen F Hogsten Warden_
~~United States Marshal~~

_K Hibbs_
~~Deputy United States Marshal~~
R+D STAFF