2

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

ENTERED

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 07-cr-20284-02 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DOWNEY, Jason Michael<br>232 Fairway Drive<br>Dry Ridge, KY 41035 | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE<br>HON. NANCY G. EDMUNDS | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/17/2008 — TO 10/16/2011 |

FILED
DEC 12 2008
CLERK'S OFFICE
DETROIT

OFFENSE

Fraud activity in connection with Computers in violation of 18 U.S.C. 1030(a)(5)(A)(i).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Eastern District of Kentucky** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/20/2008
*Date*

[signature]
HON. NANCY G. EDMUNDS
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Kentucky

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/2/08
*Effective Date*

[signature]
*United States District Judge*

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* 07-cr-20284-02 | |
| | | DOCKET NUMBER *(Rec. Court)* | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>DOWNEY, Jason Michael<br>232 Fairway Drive<br>Dry Ridge, KY 41035 | DISTRICT<br>Eastern District of Michigan | DIVISION<br>Detroit | |
| | NAME OF SENTENCING JUDGE<br>HON. NANCY G. EDMUNDS | | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>10/17/2008 | TO<br>10/16/2011 |

OFFENSE

Fraud activity in connection with Computers in violation of 18 U.S.C. 1030(a)(5)(A)(i).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Eastern District of Kentucky** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/20/2008
*Date*

HON. NANCY G. EDMUNDS
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Kentucky

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/2/08
*Effective Date*

*United States District Judge*